UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | VIOLATION: |
| GARRETT L. DENNISTON | : | 18 U.S.C. § 1343 (Wire Fraud) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Wire Fraud)

1. From approximately December 2005 to approximately September 2012, in the District of Connecticut and elsewhere, the defendant GARRETT L. DENNISTON ("DENNISTON") did knowingly, willfully and intentionally devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

2. It was part of the scheme and artifice to defraud that DENNISTON falsely represented to potential investors that his company, ConsensusOne LLC, specialized in mergers and acquisitions and held an ownership interest in a number of companies, including For Your Imagination, Inc. and Seneca Data Distributors.

3. It was further part of the scheme and artifice to defraud that DENNISTON falsely represented to investors and potential investors that he would invest their money on a preferred basis in the companies that he or ConsensusOne LLC supposedly owned.

4. It was further part of the scheme and artifice to defraud that DENNISTON falsely represented to investors and potential investors that he would invest their money by purchasing

stock options that could be converted into the relevant company's stock at a substantial discount to the value of the stock.

5. It was further part of the scheme and artifice to defraud that DENNISTON falsely represented to investors and potential investors that the companies in which he would be investing their money were on the verge of being sold or had already been sold in deals that were closing on an accelerated schedule.

6. It was further part of the scheme and artifice to defraud that DENNISTON falsely represented to investors and potential investors that their money would be refunded if the deals did not close and that he and ConsensusOne LLC would guarantee the investments such that the investments were without risk.

7. It was further part of the scheme and artifice to defraud that DENNISTON falsely represented to investors and potential investors that the investment opportunities were being offered as part of a "friends and family" deal in which he had access to a limited pool of stock options that would yield a guaranteed return on investment.

8. It was further part of the scheme and artifice to defraud that after investors gave DENNISTON their money, he did not invest the money as represented, but instead used a substantial portion of the money to pay his personal expenses, including airfare, hotels, restaurants, country club membership fees, mortgage and rent payments, cable and telephone bills, furniture, and remodeling costs.

9. For the purpose of executing and attempting to execute the scheme and artifice to defraud, on approximately May 29, 2008, in the District of Connecticut and elsewhere,

DENNISTON did knowingly transmit and cause to be transmitted by means of interstate wire an email to investors falsely representing the terms of a supposed investment.

In violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

_____
DAVID B. FEIN
UNITED STATES ATTORNEY

_____
KERRY L. QUINN
SPECIAL ASSISTANT U.S. ATTORNEY