# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 3:13CR36 (JBA) |
| **DEFENDANT** GARRETT L. DENNISTON | **TYPE OF PROCESS** WRIT OF GARNISHMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LAURENCE NADEL, ESQ.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
261 BRADLEY STREET, #1, NEW HAVEN, CONNECTICUT 06510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
ATTN: CHRISTINE SCIARRINO, AUSA
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CONNECTICUT 06510

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

THIS PROCESS INCLUDES: APPLICATION FOR WRIT OF GARNISHMENT (REDACTED), WRIT OF GARNISHMENT (REDACTED), INSTRUCTIONS TO THE GARNISHEE, REQUEST FOR HEARING ON WRIT OF GARNISHMENT, ANSWER OF THE GARNISHEE, AND CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT. GARNISHEE TELE NO. 203-777-8356. IF YOU HAVE ANY QUESTIONS, PLEASE CALL ERIKA AT 203-821-3741. THANK YOU

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 203-821-3700
DATE: 9/23/13

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin No. 14
District to Serve No. ___
Date: 9/25/13

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

Date: 9/25/13   Time: 2:00 pm

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/80

Amount owed to U.S. Marshal* or (Amount of Refund*): $0.00

*Stamped: 2013 SEP 24 AM 8:29 RECEIVED UNITED STATES MARSHAL DISTRICT OF CONNECTICUT*
*Stamped: FILED 2013 OCT 1 PM 4 26 U.S. DISTRICT COURT NEW HAVEN CT*