USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIVED AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:13CR36 (JBA) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| GARRETT L. DENNISTON | WRIT OF GARNISHMENT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GARRETT L. DENNISTON, INMATE #07554-036

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
FMC DEVENS, FEDERAL MEDICAL CENTER, 42 PATTON ROAD, AYER, MA 01432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY'S OFFICE
ATTN: CHRISTINE SCIARRINO, AUSA
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CONNECTICUT 06510

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

THIS PROCESS INCLUDES: APPLICATION FOR WRIT OF GARNISHMENT (REDACTED), WRIT OF GARNISHMENT (REDACTED), INSTRUCTIONS TO THE GARNISHEE, REQUEST FOR HEARING ON WRIT OF GARNISHMENT, ANSWER OF THE GARNISHEE, AND CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT. IF YOU HAVE ANY QUESTIONS, PLEASE CALL ERIKA AT 203-821-3741. THANK YOU.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 203-821-3700
DATE: 9/23/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 2
District of Origin: No. 14
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 10/1/13 / 9/25/13

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
P. Lyons · Sis Tech

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10/8/13  Time: 12 [ ] am [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55 | 30.49 | | | | $0.00 |

REMARKS: Fwd USMS Worcester office at 10/1/13

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED



Form USM-285
Rev. 12/80